**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VARDUHI BOSHYAN<br><br>     Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.; and DOES 1 through 100, inclusive,<br><br>     Defendant. | **CASE NO.: 2:25-cv-00540 MEMF (PVCx)**<br><br>Assigned to: Hon. Maame Ewusi-Mensah Frimpong (District Judge)<br><br>Hon. Pedro V. Castillo (Magistrate Judge)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 18, 2024<br>Trial:           None |

On March 20, 2025, the parties filed a Joint Stipulation for Dismissal with Prejudice.

Plaintiff, Varduhi Boshyan, and Defendant PORSCHE CARS NORTH AMERICA, INC. (collectively "the Parties"), by and through their counsel of record, stipulated and agreed that this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All issues pertaining to the case, including the claim for attorney's fees, costs, and expenses, have been resolved through the parties' settlement agreement and settlement checks have been tendered so there will be no further claim for damages, fees, costs, or expenses in this

matter.

The Court, having considered the Parties' Joint Stipulation for Dismissal with Prejudice and finding good cause therefor, hereby GRANTS the Joint Stipulation for Dismissal with Prejudice and ORDERS as follows:

This action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All issues pertaining to the case, including the claim for attorney's fees, costs, and expenses, have been resolved through the parties' settlement agreement, so there will be no further claim for damages, fees, costs, or expenses in this matter.

IT IS SO ORDERED.

Dated: April 7, 2025  _____

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge